IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHANE HARRINGTON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SEWARD COUNTY, NEBRASKA, et. al;<br><br>　　　　　Defendants. | 4:15CV3068<br><br>**ORDER** |

Defendants have moved to dismiss, (see Filing No. 26), and in response, the plaintiff has filed a motion to file an amended complaint. (Filing No. 29). The defendants oppose Plaintiff's motion to amend, stating the amended complaint does not correct the defects discussed in Defendants' motion to dismiss. The plaintiff has also moved to consolidate this action with Shane Harrington v. Hall County Board Of Supervisors, 4:15CV3052, and asserts the same legal issues are raised that action.

To promote the purpose of the federal rules (see Fed.R.Civ.P 1), as more fully explained on the record during the conference call held on August 27, 2015, (Filing No. 119),

IT IS ORDERED that this case is stayed pending the court's ruling on Defendants' motion to dismiss and Plaintiff's motion to amend.

August 30, 2015.　　　　　　　　　　　BY THE COURT:
　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge