IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| SHANE HARRINGTON, et al., | |
|---|---|
| Plaintiffs, | 4:15-CV-3068 |
| vs. | ORDER |
| SEWARD COUNTY BOARD OF COMMISSIONERS, et al., | |
| Defendants. | |

This matter is before the Court on the parties' Stipulation for Dismissal Without Prejudice as to Defendant JEO Consulting Group, Inc. (filing 54). The motion will be granted.

IT IS ORDERED:

1. The Stipulation for Dismissal Without Prejudice as to Defendant JEO Consulting Group, Inc. (filing 54), is granted.

2. The claims asserted between the plaintiffs and JEO Consulting Group, Inc. are dismissed without prejudice.

3. The parties shall bear their own costs and fees with respect to those claims.

4. JEO Consulting Group, Inc. is terminated as a party to this case.

Dated this 19th day of April, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge