IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHANE HARRINGTON,<br><br>      Plaintiff,<br><br>vs.<br><br>SEWARD COUNTY NEBRASKA, a municipal entity;<br><br>      Defendant. | **4:15CV3068**<br><br>**ORDER** |

IT IS ORDERED that as requested in Plaintiff's motion, (Filing No. 63), which is hereby granted, Evan Spencer is withdrawn as counsel of record for Plaintiff.

August 29, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge