IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHANE HARRINGTON; MELTECH, INC.; and MIDWEST GIRLS CLUB,<br><br>            Plaintiffs,<br><br>vs.<br><br>SEWARD COUNTY, NEBRASKA, a municipal entity,<br><br>            Defendant. | 4:15-CV-3068<br><br>JUDGMENT |

      Pursuant to the accompanying Memorandum and Order, judgment is entered for the defendant and against the plaintiffs, and the plaintiffs' amended complaint is dismissed.

      Dated this 22nd day of March, 2017.

                                      BY THE COURT:

                                      */s/ John M. Gerrard*
                                      John M. Gerrard
                                      United States District Judge